AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Christian Robert Sprinkle,<br>*Plaintiff,*<br>v.<br>Seargant Robinson; Warden Mackey; Assistant Warden Joiner,<br>*Defendants,* | Civil Action No.    1:11-cv-01321-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Christian Robert Sprinkle, shall take nothing of the defendants, Seargant Robinson, Warden Mackey, and Assistant Warden Joiner, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the case with prejudice.

Date:   June 7, 2013                                                            LARRY W. PROPES, CLERK OF COURT

                                                                                              s/A. Buckingham
                                                                                        *Signature of Clerk or Deputy Clerk*